UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERRICK LYNN HENLEY                                    CIVIL ACTION

VERSUS                                                 NO. 09-8424

ORLEANS PARISH SHERIFF'S DEP'T, ET AL.                 SECTION: "C"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED without ~~WITH~~ PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 28 day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE